**Electronically Filed
Supreme Court
SCWC-19-0000092
28-APR-2021
11:14 AM
Dkt. 5 ODAC**

SCWC-19-0000092

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KAMALALAWALU DICKSON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000092; CASE NO. 1DTA-18-00840)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner Kamalalawalu Dickson's application for writ

of certiorari, filed on April 8, 2021, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 28, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

